UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23mj733 |
| Plaintiff, | |
| -vs- | ORDER |
| Valdovinos-Hernandez | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 14 day of August, 23.

_____
UNITED STATES MAGISTRATE JUDGE

1