**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>RODRIGO VALDOVINOS-HERNANDEZ,<br><br>         Defendant. | Case No.: 2:23-mj-00733-NJK<br><br>**ORDER**<br><br>[Docket No. 19] |

Pending before the Court is a motion for leave to file motion to withdraw as counsel for Defendant under seal and *ex parte*, filed by attorney Joy Chen. Docket No. 19. Chen submits that the motion to withdraw is predicated on communications that are subject to attorney-client privilege and should thus be filed under seal and *ex parte*. *Id*. at 2.

Accordingly, the Court **GRANTS** the motion. Docket No. 19. The *ex parte* motion to withdraw as counsel for Defendant at Docket No. 18 shall remain under seal.

IT IS SO ORDERED.

DATED: November 30, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1