# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RODRIGO VALDOVINOS-HERNANDEZ,<br><br>               Defendant. | Case No. 2:23-mj-00733-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is an *ex parte* motion to withdraw as counsel for Defendant, filed by attorney Joy Chen. Docket No. 18. The Court hereby **SETS** that motion for a hearing at 11:00 a.m. on December 5, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

IT IS SO ORDERED.

DATED: November 30, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE