# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00733-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| RODRIGO VALDOVINOS-HERNANDEZ, | |
| Defendant. | |

This matter came before the Court for a competency hearing scheduled for December 30, 2024. Docket No. 58. The United States Marshal Service ("USMS") informed the Court that Defendant Rodrigo Valdovinos-Hernandez refused to be transported for the hearing. As a result, the Court continued the hearing to December 31, 2024. Docket No. 59. On December 31, 2024, the USMS informed the Court that Defendant again refused to be transported for the hearing.

The Court therefore finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel Defendant to be transported and to appear before this Court for his competency hearing, now scheduled for January 3, 2025, at 10:00 a.m. in Courtroom 3C of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada. Docket No. 60.

**IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel Defendant to be transported for and appear at the competency hearing before this court scheduled for January 3, 2025, at 10:00 a.m. in Courtroom 3C.

DATED: December 31, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE