# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-00733-NJK |
| Plaintiff, | **Order** |
| v. | (Docket Nos. 65, 66) |
| RODRIGO VALDOVINOS-HERNANDEZ, | |
| Defendant. | |

Pending before the Court is a motion to withdraw as counsel filed *ex parte* and under seal by Defendant Rodrigo Valdovinos-Hernandez's appointed attorney, Joy Chen. Docket No. 66. Also pending before the Court is a motion for leave to file the motion to withdraw *ex parte* and under seal. Docket No. 65.

The Court finds that good cause exists for the motion to withdraw to be filed ex parte and under seal and, therefore, the Court **GRANTS** that motion. Docket No. 65. Additionally, based on Ms. Chen's representations in her motion to withdraw as counsel, the Court **GRANTS** her motion. Docket No. 66. Ms. Chen is withdrawn as Defendant's attorney, as is the Federal Public Defender's Office. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Ms. Chen immediately upon appointment, so that she can arrange for the transfer of her file.

IT IS SO ORDERED.

DATED: January 23, 2025.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE